STATE OF MONTANA, Plaintiff, vs. ARTHUR KEENAN, Defendant.

No. 4120

DECISION

The application of the above-named defendant for a review of the sentence of 5 years for Burglary in the Second Degree, imposed on June 16, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Joseph Engel of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 13th day of November, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Peter G. Meloy.

STATE OF MONTANA, Plaintiff, vs. EDWARD MALATARE, JR., Defendant.

No. 6260C

DECISION

The application of the above-named defendant for a review of the sentence of 5 years for Burglary & Receiving Stolen Property, imposed on February 6, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

DATED this 13th day of November, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Peter G. Meloy.

STATE OF MONTANA, Plaintiff, vs. FRANK McMULLIN, Defendant.

DECISION

The application of the above-named defendant for a review of the entence of 10 years for Lewd & Lascivious Acts Committed Upon a Child, imposed on January 23, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and hereby is reduced to a term of six (6) years.

We wish to thank Mr. Joseph Sabo, Attorney at Law, for his assistance to the defendant and to this Court.

DATED this 13th day of November, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Peter G. Meloy.